# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 29, 2011

142066

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

CVETKO ZDRAVKOVSKI a/k/a STEVE
ZDRAVKOVSKI,
      Plaintiff/Counter-Defendant-
      Appellee,
and

TATIJANA ZDRAVKOVSKI,
      Plaintiff,

v

SC: 142066
COA: 291735
Wayne CC: 01-119364-CH

GAN GONY, INC. and RANDA KANDALAFT,
      Defendants-Appellants,
and

ANTOINE KANDALAFT,
      Defendant/Counter-Plaintiff-
      Appellant.
_____/

      On order of the Court, the application for leave to appeal the September 30, 2010 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 29, 2011

Clerk

d0321